| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Christina Ottinger Fox** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
**AT&T**
**AT&T Bankruptcy Center**
**2270 Lakeside Blvd**
**7th Floor**
**Richardson, TX 75082**

Contact
Contact phone

**What is the nature of the claim?**          $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    -
      Unsecured claim

**2**
**City of Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107-4233**

Contact

**What is the nature of the claim?**          $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    -

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

| Debtor 1 | Christina Ottinger Fox | Case number *(if known)* | |

Contact phone        Unsecured claim

---

**3**

**Farid Naib**
**837 Lafayette Road**
**Bryn Mawr, PA 19010**

**What is the nature of the claim?**    $72,500.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**4**

**Verizon Wireless**
**Verizon Wireless Bankruptcy Admin**
**500 Technology Drive**
**Suite 550**
**Weldon Spring, MO 63304**

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    /s/ Christina Ottinger Fox        X       
**Christina Ottinger Fox**        Signature of Debtor 2
Signature of Debtor 1

Date    9/18/2025        Date