**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:   CHRISTINA OTTINGER FOX** | \|          **BANKRUPTCY CASE** |
| | \|          **NO.: 25-13800-DJB** |
| **Debtor** | \|          **CHAPTER 11** |
| : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wilmington Savings

Fund Society in the above referenced case.  Please send all notices issued in this case to the

undersigned at the address below.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY, LLP**

Dated: September 25, 2025

/s/ *Peter E. Meltzer*
Peter E. Meltzer, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
267-295-3363
pmeltzer@wglaw.com
Attorneys for Movant