## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:  CHRISTINA OTTINGER FOX** | **BANKRUPTCY CASE** |
| | **NO.: 25-13800-djb** |
| **Debtor** | **CHAPTER 11** |

### ORDER RE MOTION OF DEBTOR FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

AND NOW, upon consideration of the Motion of the Debtor for an extension of time within which to file Schedules, Statements and other documents required by this Court's September 19, 2025 Order, it is hereby

ORDERED that the Motion is granted except that the current deadline is extended October 2, 2025 until October 12, 2025 rather than October 16, 2025.

BY THE COURT:

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

1