UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   CHRISTINA OTTINGER FOX | BANKRUPTCY CASE NO.: 25-13800-djb |
| Debtor | CHAPTER 11 |

## AMENDED CERTIFICATE OF SERVICE

I, Peter E. Meltzer, hereby certify that on the below date, the foregoing *Response of Wilmington Savings Fund Society to Motion of Debtor for Extension of Time to File Schedules and Statements* was served via the Court's CM/ECF system, and/or by electronic mail, upon all of the parties on the attached service list.

Date:   September 25, 2025

BY:     /s/ Peter E. Meltzer
Peter E. Meltzer, Esquire
WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP
2000 Market Street, 13th Floor
Philadelphia, PA 19103
(267)295-3363 Phone
(215)564-7699 Fax
pmeltzer@wglaw.com
Attorneys for Movant

## Service List

Via CM/ECF

EDMOND M. GEORGE on behalf of Christina Ottinger Fox
edmond.george@obermayer.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107


JOHN HENRY SCHANNE
DOJ-Ust
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
John.Schanne@usdoj.gov