# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| **CHRISTINA OTTINGER FOX,** | Case No. 25-13800-DJB |
| Debtor. | |

## **CERTIFICATION OF SERVICE**

      I, Edmond M. George, Esquire, certify that on September 26, 2025 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Application of Christina Ottinger Fox to Employ Obermayer Rebmann Maxwell & Hippel LLP as Counsel

- Amended Affidavit of Edmond M. George

- Proposed Order

      I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Dated: September 26, 2025      By: */s/ Edmond M. George*
                                                  Edmond M. George, Esquire
                                                  Michael D. Vagnoni, Esquire
                                                  OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                                  Centre Square West, Suite 3400
                                                  1500 Market Street
                                                  Philadelphia, PA 19102
                                                  (215) 665-3140 – Phone
                                                  (215) 665-3165 – Facsimile
                                                  Email: edmond.george@obermayer.com
                                                                     michael.vagnoni@obermayer.com

                                                  *Proposed Counsel to Debtor,*
                                                  *Christina Ottinger Fox*

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*United States Trustee*
Via: ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
     ☐ Other:

JOHN HENRY SCHANNE
DOJ-Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Attorney for the United States Trustee*
Via: ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
     ☐ Other:

AT&T
AT&T Bankruptcy Center
2270 Lakeside Blvd
7th Floor
Richardson, TX 75082
*Creditor*
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
     ☐ Other:

City of Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233
*Creditor*
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
     ☐ Other:

Farid Naib
837 Lafayette Road
Bryn Mawr, PA 19010
*Creditor*
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
     ☐ Other:

Christopher P. Coval, Esq.
Fenningham, Dempster & Coval LLP
Five Neshaminy Interplex
Suite 315
Feasterville Trevose, PA 19053
*Attorney for Farid Naib*
Via: ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Verizon Wireless
Verizon Wireless Bankruptcy Admin
500 Technology Drive
Suite 550
Weldon Spring, MO 63304
*Creditor*
Via: ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Peter E. Meltzer, Esquire
WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP
2000 Market Street, 13th Floor
Philadelphia, PA 19103
*Attorney for Wilmington Savings Fund Society*
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

4923-7626-0972 v1