# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : CHAPTER 11 |
| CHRISTINA FOX, | : |
| | : BANKRUPTCY NO. 25-13800-DJB |
| Debtor. | : |

**ORDER GRANTING COMBINED MOTION OF DEBTOR CHRISTINA FOX: (I) FOR EXPEDITED CONSIDERATION, SHORTENED TIME, AND LIMITED NOTICE; (II) TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B); AND (III) FOR RELATED RELIEF**

AND NOW, on this 14th day of October, 2025 upon consideration of the Motion of Debtor Christina Fox (the "Debtor"), to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B), for Expedited Consideration, and for Related Relief (the "Motion"),[1] and after notice thereof, and an opportunity to be heard, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay imposed in this bankruptcy case pursuant to 11 U.S.C § 362(a) is hereby EXTENDED as to all creditors served with the Motion, pursuant to 11 U.S.C. § 362(c)(3)(B) with respect to the Debtor, and all property of the Debtor's bankruptcy estate, including but not limited to the Debtor's real property located at 38 Harrison Drive, Newtown Square, PA 19073, and shall remain in full force and effect absent further order of this Court.

BY THE COURT:

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

---

[1] All terms used herein shall have the meanings ascribed to them in the Motion.

4916-2013-4504