TD

T STATEMENT OF ACCOUNT

Go paperless.

AV 01 074495 74876H242 C**5DGT
CHRISTINA OTTINGER FOX
DIP CASE 25-13800 EDPA
38 HARRISON DR
NEWTOWN SQUARE PA 19073-1422

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 04 2026-Aug 03 2026 |
| Cust Ref #: | 4468054451-039-T-### |
| Primary Account #: | REDACTED4451 |

**Chapter 11 Checking**
CHRISTINA OTTINGER FOX
DIP CASE 25-13800 EDPA

Account # REDACTED4451

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 80.00 | Average Collected Balance | 88.38 |
| Electronic Deposits | 260.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 340.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | ATM CASH DEPOSIT, REDACTED3778 AUT 080226 ATM CASH DEPOSIT 2014 SPROUL ROAD BROOMALL * PA | 200.00 |
| 08/03 | ATM CASH DEPOSIT, REDACTED3778 AUT 080226 ATM CASH DEPOSIT 2014 SPROUL ROAD BROOMALL * PA | 60.00 |
| | Subtotal: | 260.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/03 | 80.00 | 08/03 | 340.00 |

Call 1-888-751-9000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender