TD

Go paperless. Scan the QR code to opt in to paperless statements.

T STATEMENT OF ACCOUNT

AV 01 072370 33748H239 C**5DGT
CHRISTINA OTTINGER FOX
DIP CASE 25-13800 EDPA
38 HARRISON DR
NEWTOWN SQUARE PA 19073-1422

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Aug 04 2026-Sep 03 2026 |
| Cust Ref #: | 4468054451-039-T-### |
| Primary Account #: | REDACTED4451 |

072370 1/1

## Chapter 11 Checking

CHRISTINA OTTINGER FOX
DIP CASE 25-13800 EDPA

Account # REDACTED4451

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 340.00 | Average Collected Balance | 90.00 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 250.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 90.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6S5NS241RU1 | 250.00 |
| | Subtotal: | 250.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/03 | 340.00 | 08/04 | 90.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender