**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CHRISTINA OTTINGER FOX, | : | Case No. 25-13800-DJB |
| Debtor. | : | |

**CERTIFICATION OF JIM RIGGS, MANAGING PARTNER OF TROJAN PARTNERS, LP IN SUPPORT OF OBJECTION TO**
**FIRST AMENDED PLAN OF REORGANIZATION OF CHRISTINA FOX**

I, Jim Riggs, hereby certify as follows:

1. I am the Managing Partner of Trojan Partners, LP ("Trojan"), a secured creditor in the above-captioned Chapter 11 bankruptcy proceeding of Chrstina Ottinger Fox ("Debtor"). I respectfully submit this certification in support of Trojan's objection to the *First Amended Plan of Reorganization of Christina Fox* (ECF No. 96, the "Plan"). As Trojan's Managing Partner, I am personally familiar with the facts and circumstances set forth herein, and my statements are based on personal knowledge unless indicated otherwise.

2. I submit this Certification in support of the Objection to the Confirmation of the Debtor's Amended Plan filed on August 3, 2026.

3. On or about December 28, 2022, in consideration of a loan in the principal amount of $400,000.00, Joseph L. Fox ("Joseph") and Christina O. Fox ("Defendant" or "Christina" and with Joseph the "Foxes") executed and delivered to Trojan Partners LP, a Delaware limited partnership, a note (the "Note"). The Note is attached hereto as Exhibit "A" and made a part hereof.

4. To secure the obligations under the Note, the Foxes executed and delivered to Trojan Partners LP, a Delaware limited partnership, a mortgage dated December 28, 2022, recorded July 11, 2023, in the Office of the Recorder of Deeds for Delaware County at Instrument Number 2023023612 (the "Mortgage"). The Mortgage is attached hereto as Exhibit "B" and made a part hereof.

5. The purpose of the loan was to provide short term funds as Joseph and Christina needed cash liquidity because the Foxes had a couple projects which Joseph was waiting to close.

6. The Financial information sent by non-debtor spouse Joseph L. Fox to Trojan failed to disclose any knowledge of a pending IRS liens. A true and correct copy of the financial statement provided to Trojan is attached hereto as Exhibit "C."

7. Prior to the disbursement of the Loan, non-debtor spouse Joseph L. Fox requested the Trojan not record the Mortgage unless or until or until a default occurs on the Note.

8. Again, immediately after the execution of the Mortgage and Note, non-debtor spouse Joseph L. Fox, emailed me stating that the Mortgage was not to be recorded unless or until a default occurs on the Note after June 30, 2023. A true and correct copy of the email correspondence from Joseph is attached hereto as Exhibit D.

9. Non-debtor spouse, Joseph L. Fox, stated he did not want a Mortgage showing on the Foxes' property because he intended using a future loan on the property to payoff Trojan's Mortgage.

10. Trojan had no reason to believe there was any motive for the Foxes dishonesty as the non-debtor spouse, Joseph L. Fox, was a client for real estate transactions with the brother of the Manager of Trojan who made the introduction for the loan.

11. Prior to approving and funding the Loan, Trojan required and received written financial statements prepared, submitted, and relied upon as reflecting Joseph and Christina's true financial condition. Those written financial statements were materially false, in that they affirmatively understated liabilities and overstated net worth by failing to disclose existing federal tax liabilities and imminent IRS enforcement activity, despite the Foxes knowing or believed to have known that such liabilities existed and were substantial.

12. The written financial statements submitted to Trojan by the Foxes portrayed the Foxes as solvent and capable of repaying the Loan from anticipated project proceeds, when in fact the Foxes were already subject to significant unpaid federal tax obligations that materially impaired their financial condition and rendered the statements misleading as to their true net worth.

13. The Foxes knew, or were reckless in not knowing, that the written financial statements submitted to Trojan were materially false at the time they were provided, and she authorized, adopted, and benefited from the submission of those statements in connection with the Loan, which they personally executed and from which directly benefited the Foxes.

14. On May 22, 2023, a Federal Tax Lien was filed against the Foxes in the amount of $784,633.92. A true and correct copy of the Federal Tax Lien is attached as Exhibit E.

15. A few days later, on June 2, 2023, a second Federal Tax Lien was filed against the Foxes in the amount of $482,888.03. A true and correct copy of the Federal Tax Lien is attached as Exhibit F.

16. The tax liens were in the combined amount of $1,267,521.95.

17. These tax liens have now swelled to over 1.8 million dollars due to interest and penalties.

18. The Foxes lied about the reason for not recording the mortgage.

19. Due to Joseph and Christina's deceptive tactics, these two Federal Tax Liens jumped the priority against Trojan's mortgage.

20. If Trojan had not relied on the representations made at the time of the execution of the mortgage, the mortgage would have been recorded prior to the IRS liens.

21. Trojan would never have given the Mortgage and Note to the Foxes had it known its priority was going to be diluted.

22. Joseph L. Fox and Christina O. Fox are the record and real owners of the Mortgaged Premises.

23. The Note and the Mortgage are in default because the payment due June 30, 2023, has not been paid. As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, and all costs of collection including title search fees and reasonable attorney's fees.

24. The Foxes obtained the Loan by submitting and relying upon materially false written financial statements that misrepresented their financial condition, including by omitting substantial federal tax liabilities that rendered the statements inaccurate and misleading.

Docusign Envelope ID: A6C1064B-966A-8977-821D-4C1331ECB8AE


I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:
Jim Riggs
C3E131C62CD0431...

Executed on _________, 2026

Jim Riggs, Managing Partner of Trojan Partners LP