# Exhibit C

**Joseph L. Fox**
**Balance Sheet**
**Dec-22**

| **Assets** | | **Liabilities** | |
|---|---|---|---|
| Cash/Marketable Securities | $ 980,000 | Debt | $ 3,100,000 |
| Investments | | | |
| Shelbourne Interests* | 12,000,000 | | |
| | | **Total Liabilities** | **3,100,000** |
| House | 3,700,000 | | |
| Other Assets | | | |
| Investment Fund | 100,000 | | |
| Other Real Estate Investments | 100,000 | **Equity** | **13,780,000** |
| **Total Assets** | **$ 16,880,000** | **Total Liabilities and Equity** | **$ 16,880,000** |

*Estimated value of interests in Livingston Street Capital, Shelbouurne Healthcare Development Group and Shelbourne Capital