# Exhibit D

**Richard Nalbandian**

---

**From:** Jim Riggs <hoyatrojan@aol.com>
**Sent:** Tuesday, October 7, 2025 4:41 PM
**To:** Richard Nalbandian
**Subject:** [EXTERNAL] Fw: Note and Mortgage
**Attachments:** Note.pdf; Mortgage.pdf

see below as requested

JR Riggs

----- Forwarded Message -----
**From:** Joe Fox <jfox@shelbournecap.com>
**To:** Jim Riggs <hoyatrojan@aol.com>
**Cc:** joeAriggs@gmail.com <joeariggs@gmail.com>
**Sent:** Wednesday, December 28, 2022 at 03:29:44 PM EST
**Subject:** Note and Mortgage

Jim,

Attached is the Promissory Note along with the Mortgage. Per our previous discussions and correspondence, the Mortgage will not be recorded unless or until a default occurs on the Promissory Note after 6/30/2023.

Thanks for all your help with this transaction. Please let me know when wire has been initiated.

Thanks,

Joe