# Exhibit E

3008

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #2
Lien Unit Phone: (800) 913-6050

Serial Number
472952423

For Optional Use by Recording Office

CV-2023-061420

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer JOSEPH L & CHRISTINA FOX

Residence 38 HARRISON DR
NEWTOWN SQ, PA 19073-1422

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2019 | XXX-XX-4238 | 08/16/2021 | 09/15/2031 | 191986.48 |
| 1040 | 12/31/2021 | XXX-XX-4238 | 11/21/2022 | 12/21/2032 | 592647.44 |

Place of Filing
Prothonotary
Delaware County
Media, PA 19063

Total $ 784633.92

This notice was prepared and signed at DETROIT, MI, on this,

the 12th day of May, 2023.

Signature [signature]
for TIA N ROBINSON

Title
REVENUE OFFICER 22-06-1607
(610) 627-8611

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

FILED 05-22-2023 02:01 PM OFFICE OF JUDICIAL SUPPORT DELAWARE COUNTY, PA

Copying Prohibited