**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CHRISTINA OTTINGER FOX,** | : | **Case No. 25-13800-DJB** |
| **Debtor.** | : | |

## REPORT OF PLAN VOTING

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1**[1] | **Y** | **1** | **1** | **0** | **100** | **As provided in WSFS Settlement** | **$0.00** | **100** | **Y** |
| **CLASS 2** | **Y** | | | | | | | | |
| **CLASS 3** | **Y** | | | | | | | | |
| **CLASS 4**[2] | **Y** | **1** | **0** | **1** | **0** | **-** | **$1,404,199.00** | **0** | **N** |
| **CLASS 5**[3 4] | **Y** | **1** | **0** | **1** | **0** | **-** | **$1,404,199.00** | **0** | **N** |

[1] True and correct copies of all Class 1 ballots are attached hereto as Exhibit "A".
[2] True and correct copies of all Class 4 ballots are attached hereto as Exhibit "B".
[3] True and correct copies of all Class 1 ballots are attached hereto as Exhibit "C".
[4] On August 26, 2026, a Class 5 Ballot was filed with the Clerk of Court and entered on the docket at D.I. #106. The ballot was entirely blank – no information regarding the claimant, claim amount, or choice to accept or reject the Plan was filled in. As such, this ballot has not been included in the Report of Plan Voting.

I, Edmond M. George, Esq., the attorney for the Debtor, Christina O. Fox, the plan proponent in this case, certify under penalty of perjury that the above is true.

Respectfully Submitted,

Dated: September 24, 2026

By: */s/ Edmond M. George*

Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3140 – Phone
(215) 665-3165 – Facsimile
Email: edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to Debtor Christina O. Fox*